1    JOSEPH P. RUSSONIELLO, CSBN 44332
     United States Attorney
2    LUCILLE GONZALES MEIS, SBN CO 15153
     Regional Chief Counsel, Region IX,
3    Social Security Administration
     ELIZABETH FIRER, SBN WI 1034148
4    Special Assistant United States Attorney

5        333 Market Street, Suite 1500
         San Francisco, California 94105
6        Telephone:  (415) 977-8937
         Facsimile:  (415) 744-0134
7
     Attorneys for Defendant
8
                      UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
10

11   DONNA ZAMORA,                    )
                                      )     CIVIL NO. C09-04852 JSW
12          Plaintiff,                )
                                      )
13          v.                        )     STIPULATION AND ORDER FOR
                                      )     EXTENSION
14   MICHAEL J. ASTRUE,               )
     Commissioner of                  )
15   Social Security,                 )
                                      )
16          Defendant.                )
     _____)
17

18          IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19   approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response

20   to Plaintiff's Motion for Summary Judgment.  Plaintiff filed her motion on April 26, 2010, at which time

21   the undersigned counsel for the Commissioner was out of the office.  Counsel returned to the office on

22   May 10, 2010, but immediately upon her return, she was informed that her mother likely had less than a

23   week to live, which turned out to be the case.  Counsel was concerned with making plans to travel to

24   Wisconsin on short notice and, in her emotional distress failed to calendar the Commissioner's response

25   to Plaintiff's motion.

26          On Thursday, June 3, 2010, Counsel was reviewing her ECF emails and discovered that the

27   Commissioner's response was past due.  Counsel cannot complete the Commissioner's response earlier

28   due to a heavy case load that includes 4 district court briefs, one Ninth Circuit brief and coordination of

1  a national litigation strategy, which must be completed prior by June 24, 2010.  On June 4, 2010, via

2  email, Plaintiff's counsel expressed no objection to this request.

3       The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on

4  June 26, 2010.

5  Dated:  June 4, 2010                    /s/ *James Hunt Miller*

6                                           (*As authorized via email*)
                                          JAMES HUNT MILLER

7                                          Attorney for Plaintiff

8                                          JOSEPH P. RUSSONIELLO

9                                          United States Attorney

10 Dated:  June 4, 2010          By: /s/ *Elizabeth Firer*
                                          ELIZABETH FIRER

11                                         Special Assistant United States Attorney

12

13

14       APPROVED AND SO ORDERED.

15

16

17 Dated:  June 7, 2010

18                                          JEFFREY S. WHITE
                                           United States District Judge

19

20

21

22

23

24

25

26

27

28